E. T. Smith, *Plaintiff in Error*, v. W. G. Welles et al.,
*Defendant in Error*.

Division B.

Decision Filed April 4, 1928.

*John B. Singletary*, for Plaintiff in Error;

*Leitner & Leitner*, for Defendants in Error.

Per Curiam.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

Whitfield, P. J., and Terrell and Buford, J. J., concur.

J. F. Pearce, *Plaintiff in Error*, v. The State of Florida,
*Defendant in Error*.

Division B.

Decision Filed April 4, 1928.

*E. M. Johns* and *Joe Hill Williams,* for Plaintiff in Error;

*Fred H. Davis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

DOUGLAS GRAHAM (SOMETIMES KNOWN AS DOUGLAS S. GRAHAM) AND MILDRED E. GRAHAM, HIS WIFE, *Appellants* v. PALM BEACH BOND & MORTGAGE COMPANY, A CORPORATION OF THE STATE OF FLORIDA, *Appellee.*

Division B.

Decision Filed April 4, 1928.

*Ritter & Rankin,* for Appellants;

No appearance for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of